## MOTION AND PROCEDURAL RULINGS

**2002–2130. State v. McKnight.**
Vinton C.P. No. 01–CR–7230. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.

**2004–0485. State v. Ketterer.**
Butler C.P. No. CR–2003–03–0309. On motion for leave to file supplemental briefing to address sentencing issues. Motion denied.

PFEIFER, J., dissents.

**2005–1992. State ex rel. Cafaro Mgt. Co. v. Mabe.**
In Mandamus. On complaint and answer of respondent. Alternative writ granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days; relator shall file its brief within 10 days of the filing of the evidence; respondent shall file his brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

**2005–2134. Preferred Capital, Inc. v. Power Eng. Group, Inc.**
Summit App. Nos. 22475, 22476, 22477, 22478, 22485, 22486, 22487, 22488, 22489, 22497, 22499, 22506 and 22513, 163 Ohio App.3d 522, 2005-Ohio-5113. On motion to strike Proposition of Law Nos. II and III of appellants' merit brief. Motion denied.

O'CONNOR, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0216. State v. Tooley.**
Portage App. No. 2004–P–0064, 2005-Ohio-6709. On motion requesting that Dean Boland withdraw voluntarily or be disqualified from further representation in the case. Motion denied.

LUNDBERG STRATTON, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0646. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–792–EL–ATA. On motion for stay of execution of the enforcement of the Public Utilities Commission's opinion and order dated March 1, 2006 and a Commission entry on rehearing dated March 29, 2006. Motion denied.

**2006–0742. State ex rel. Triplett v. Ross.**
In Prohibition. On motion to dismiss, motion of Ohio Attorney General for leave to intervene as respondent, and answer of intervening respondent. Motion to intervene granted. Alternative writ granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days; relator shall file his brief within 10 days of the filing of the evidence; respondents shall file their brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondents' brief.

MOYER, C.J., RESNICK and O'CONNOR, JJ., would grant the motion to intervene and the motion to dismiss.

**2006–0767. Floss v. Culver.**
Ashtabula App. No. 2004–A–0014, 2006-Ohio-197. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2005–2399 and 2006–0249, *Mid–Am. Fire & Cas. Co. v. Heasley,* Lake App. No. 2004–L–115, 2005-Ohio-6072; cause consolidated with 2006–0505, *Floss v. Culver,* Ashtabula App. No. 2004–A–0014, 2006-Ohio-197; and briefing schedule stayed.

PFEIFER, J., dissents.